# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1443
LT Case Nos. 2024-CF-2825
2024-CF-2826

_____

JOHNARIAN TURNER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Timothy T. McCourt, Judge.

Matthew J. Metz, Public Defender, and Brian M. Hyer, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daniel P.
Caldwell, Assistant Attorney General, Daytona Beach, for
Appellee.


January 27, 2026


PER CURIAM.

    AFFIRMED.

HARRIS, SOUD, and MACIVER, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---